IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. MARTINEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No. C 12-02918 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE |

　　　Petitioner, a California inmate, seeks petition in pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 4, 2012, the Court denied Petitioner's motion for leave to proceed in forma pauperis he did not show an adequate level of poverty. (Docket No. 11.) Petitioner was directed to pay the $5.00 filing fee within 30 days or face dismissal of the action. (Id.)

　　　On October 22, 2012, Petitioner filed a letter in which he states that he is enclosing a payment from the Inmate Trust Office from the California Substance Abuse Treatment Facility and State Prison. (Docket No. 12.) However, no such payment was enclosed and no receipt of payment has been issued by the Court.

　　　In the interest of justice, Petitioner shall be granted an extension of thirty days to pay the filing fee. Petitioner must pay the $5.00 filing fee **no later than December 3, 2012**, or face dismissal of this action for failure to pay the filing fee.

DATED: 11/1/2012

　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　United States District Judge

Order Denying IFP
G:\PRO-SE\SJ.EJD\HC.12\02918Martinez_eot-fee.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUIS A. MARTINEZ,

        Petitioner,

  v.

THE STATE OF CALIFORNIA,

        Respondent.
                                    /

Case Number: CV12-02918 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/2/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luis A. Martinez AH-2272
California Substance Abuse Treatment Facility (7100)
PO BOX 7100
900 QUEBEC ROAD
CORCORAN, CA 93212-7100

Dated: 11/2/2012

                                      Richard W. Wieking, Clerk
                                   /s/ By: Elizabeth Garcia, Deputy Clerk